UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

CHAUNDRA A. JONES

CRIMINAL NO. 06-214-FJP-DLD
(CV 09-384-FJP-DLD)

## JUDGMENT

For written reasons assigned;

IT IS ORDERED that defendant's motion fo relief under 28 U.S.C. § 2255 is denied, and this action is dismissed.

Baton Rouge, Louisiana, August 11, 2009.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#46306

Certified copy to USA